UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC X. MURILLO, | Case No.  25-cv-09541-RFL |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| WEST COUNTY DETENTION FACILITY MEDICAL, | |
| Defendant. | |

On December 16, 2025, the Court dismissed the civil rights complaint in this case with leave to file an amended complaint.  (Dkt. No. 6.)  Plaintiff was later provided an extension to file an amended complaint by February 17, 2026.  (Dkt. No. 8.)  Plaintiff has still not filed an amended complaint.  Accordingly, this federal civil rights action is DISMISSED without prejudice for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Plaintiff may move to reopen the case.  Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) be accompanied by an amended complaint on this Court's form.

The Clerk shall enter judgment in favor of Defendant and close the case.

**IT IS SO ORDERED.**

Dated: April 30, 2026

RITA F. LIN
United States District Judge

1